UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN SCHUYLER MELNIK,

    Plaintiff,

-vs-

CA: 17-12785
HON. SEAN F. COX

CITY OF MADISON HEIGHTS, SHANE
BISSONETTE, NICHOLAS REITER,
GREGORY HARTUNIAN, JUSTIN THORESEN,
BRENT LEMERISE, DAVID THAYER, BERNARD
PACE, ALAN FECTEAU, R. CHIPMAN, JASON
MANNING, V. PALAZZOLO, B. BROWN,
CAMERON FEGREUS, JEFFERY LEWIS, JORDAN
RIECK, ANTHONY GIANNOLA, JOHN HEINRICH,
MARK MOINE, and KIRK WALKER, in their
individual and official capacities,

    Defendants.

---

CHRISTOPHER TRAINOR & ASSOCIATES
By: CHRISTOPHER J. TRAINOR (P42449)
AMY J. DeROUIN (P70514)
MICHELLE M. SMIGIEL (P81560)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650/Fax (248) 698-3321
amy.derouin@cjtrainor.com
michelle.smigiel@cjtrainor.com

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC
By: MICHAEL E. ROSATI (P34236)
HOLLY S. BATTERSBY (P72023)
Attorneys for Defendants Madison Heights,
Pace, LeMerise, Giannola, Thayer, Heinrich,
Hartunian and Reiter
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331-3550
(248) 489-4100/Fax: (248) 489-1726
mrosati@rsjalaw.com
hbattersby@rsjalaw.com

---

**STIPULATED ORDER OF DISMISSAL**

The parties having stipulated and agreed, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's Complaint and claims against the CITY OF MADISON HEIGHTS, NICHOLAS REITER, GREGORY HARTUNIAN, BRENT LEMERISE, DAVID THAYER, BERNARD PACE, ANTHONY GIANNOLA and JOHN HEINRICH, be dismissed with prejudice, and without costs, interest or attorney fees to any party;

IT IS FURTHER ORDERED that this is a final order of the Court, which resolves the last pending claim and closes the case.

IT IS SO ORDERED.

Dated: April 5, 2019

_____
SEAN F. COX
U.S. DISTRICT COURT JUDGE

Stipulated to and agreed upon by:

s/ Holly S. Battersby
Attorney for Defendants
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
hbattersby@rsjalaw.com
(P72023)

s/ Michelle Smigiel (w/ consent)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650/Fax (248) 698-3321
michelle.smigiel@cjtrainor.com
(P81560)